Michael G. Brady, ISB #1293
EBERLE, BERLIN, KADING, TURNBOW
  &amp; MCKLVEEN, CHARTERED
1111 W. Jefferson Street, Suite 530
Post Office Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
E-Mail: mbrady@eberle.com

**Attorneys for Defendant Auto-Owners Insurance Company**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEED CONSTRUCTION, INC.<br><br>               Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>               Defendant. | Case No. 1:19-cv-00238-RJB<br><br>**JOINT MOTION AND STIPULATION TO DISMISS WITH PREJUDICE** |

    COME NOW, Plaintiff Steed Construction, Inc. and Defendant Auto-Owners Insurance Company, by and through their attorneys of record and jointly move and stipulate that the above entitled action may be dismissed with prejudice, with each party to bear their own costs and attorneys fees, on the grounds and for the reasons that the claims between the parties have been fully compromised and settled.

DATED this 10th day of June, 2020.

        POWERS FARLEY, PC

        By /s/ James S. Thomson, II
          James S. Thomson, II - Of the Firm
          Attorney for Plaintiff Steed Construction, Inc.

DATED this 8th day of June, 2020.

        EBERLE BERLIN KADING & TURNBOW & MCKLVEEN, CHTD.

        By /s/ Michael G. Brady
          Michael Brady - Of the Firm
          Attorney for Defendant Auto-Owners Insurance
           Company