IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEED CONSTRUCTION, INC.<br><br>     Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>     Defendant. | Case No. 1:19-cv-00238-RJB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On June 10, 2020, the parties filed a Joint Motion and Stipulation to Dismiss with Prejudice, Docket. No. 15.

**IT IS HEREBY ORDERED** that the above entitled action be and hereby is DISMISSED WITH PREJUDICE. with each party to bear their own costs and attorneys fees, and the trial date is stricken.

**IT IS SO ORDERED.**

The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 11th day of June, 2020.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE- 1